■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY FERREIRA, Appellant. [41 NYS3d 425]—Judgment, Supreme Court, Bronx County (Ralph Fabrizio, J., at hearing; Martin Marcus, J., at plea and sentence), rendered March 23, 2015, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal (see People v Powell, 140 AD3d 401 [1st Dept 2016]), we perceive no basis for reducing the sentence. Concur—Friedman, J.P., Sweeny, Saxe, Kapnick and Gesmer, JJ.